IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILIP MORRIS INCORPORATED,

        Plaintiff,

  v.

ELOISE S. ESCANDON, et al.,

        Defendants.
_____/

CIV NO. F-05-00593 AWI LJO

2:05 - CV   1337 WBS DAD

PHILIP MORRIS INCORPORATED,

        Plaintiff,

  v.

MUNIR YASIN, et al.,
DENNIS ROGERS, et al.,
RALPH G. GREER, JR., et al.,
DUC C. DUONG, et al.,
CHEAP CIGARETTES, et al.,
HARMANDAR GILL, et al.,
SAAD SOUS, et al.,

        Defendants.
_____/

CIV NO. S-02-2315 WBS DAD
      S-02-2619 WBS DAD
      S-03-0409 WBS DAD
      S-03-0825 WBS DAD
      S-03-2203 WBS DAD
      S-04-0323 WBS DAD
      S-04-0524 WBS DAD

        Examination of the above-entitled action, <u>Philip Morris U.S.A. Inc. vs. Escandon,</u> reveals that it is related within the meaning of Local Rule 123(a) (E.D. Cal. 1984) to the previously related cases listed above. The cases all have the same plaintiff and have similar issues of law. Accordingly, the

1  assignment of the matters to the same judge is likely to effect a
2  substantial saving of judicial effort and is also likely to be
3  convenient for the parties.
4  　　　　The parties should be aware that relating the cases
5  under Local Rule 123 merely has the result that all actions are
6  assigned to the same judge; no consolidation of the actions is
7  effected.  Under the regular practice of this court, related
8  cases are generally assigned to the judge and magistrate to whom
9  the first filed action was assigned.
10  　　　　IT IS THEREFORE ORDERED that the action denominated
11  1:05-CV-00593 AWI LJO,  be, and the same hereby is, reassigned
12  to Judge William B. Shubb and Magistrate Judge Dale A. Drozd
13  for all further proceedings, and any dates currently set in
14  this reassigned case only are hereby VACATED.
15  　　　　IT IS FURTHER ORDERED that this action be
16  transferred to the Sacramento Division of the U.S. District
17  Court.  Henceforth, the caption on documents filed in the
18  reassigned case shall be shown as ___2:0 5 - CV   1 3 3 7 WBS DAD__
19  　　　　IT IS FURTHER ORDERED that the Clerk of the Court
20  make appropriate adjustment in the assignment of civil cases
21  to compensate for this reassignment.
22  　　　　IT IS SO ORDERED.
23  　　　DATED:  June 30, 2005.

　　　　　　　　　　　　　　　　　　　/s/ William B. Shubb
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE